Angus Edwards, UT 4563
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
Aedwards@parsonsbehle.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFERY ANDERSON,<br><br>          Plaintiff,<br><br>vs.<br><br>PETROLEUM WHOLESALE, L.P., a Texas Limited Partnership, dba MAIN STREET MARKET,<br><br>          Defendant. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 4:24-cv-00003-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Plaintiff Jeffery Anderson ("Plaintiff") and Defendant Petroleum Wholesale, L.P dba Main Street Market (Defendants") by and through their undersigned counsel, hereby stipulate and agree that the above-captioned matter should be dismissed with prejudice, and with each party to bear its own fees and costs.

A proposed Order granting this Motion is filed concurrently herewith

DATED August 6, 2025.

| DRIGGS BILLS & DAY | PARSONS BEHLE & LATIMER |
|---|---|
| */s/Michael Driggs* | */s/ Angus Edwards* |
| Michael Driggs (*Signed with permission via Email dated 08/06/2025*)<br>*Attorneys for Plaintiff* | Angus Edwards<br>*Attorneys for Defendant* |

4934-5292-6550.v1

## CERTIFICATE OF SERVICE

On this 6th day of August, 2025, I hereby certify that I electronically filed the foregoing Stipulated Motion to Dismiss with Prejudice with the Clerk of the Court using the CM/ECF Systems that will send electronic notifications to counsel of record for all of the parties.

/s/ Angus Edwards
*Attorneys for Defendant*

4934-5292-6550.v1